Richar, Appellant, *v.* Worthington Corporation.

Argued April 8, 1974. *William J. McFate* and *Milton W. Rosen,* with them *McFate, McFate and McFate,* and *Rosen & Rosen,* for appellant; *John R. Gavin,* for appellee.

Judgment affirmed.

Smith, Appellant, *v.* Robinson, Appellant.

Argued April 9, 1974. *Frederick N. Egler,* with him *Gilbert E. Morcroft,* and *Egler, McGregor & Reinstadtler,* for appellant, at No. 539; *Edward I. Goldberg,* with him *Samuel P. Kamin,* and *George H. Hoffman,* for appellant, at No. 547; *Robert E. Wayman* and *Edward I. Goldberg,* with them *Samuel P. Kamin, George H. Hoffman,* and *Wayman, Irvin, Trushel & McAuley,* for appellees, at No. 539; *Frederick N. Egler,* with him *Gilbert E. Morcroft,* and *Egler, McGregor & Reinstadtler,* for appellee, at No. 547.

Judgment affirmed.